# United States District Court

## District of the Northern Mariana Islands

Esterlita D. Eliares, Yolly M. Laborce, Ma. Nieva V. Lorenzo, Marieta P. Mora, Grace R. Navarrete, Olivia S. Odon, Jessica E. Ortizo, and Gertrudes U. Rinon

    Plaintiff

V.

L & T International Corp.

    Defendant

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

FILED
Clerk
District Court

CASE NUMBER: CV 08-0027

JUN 12 2008

For The Northern Mariana Islands

By_____
(Deputy Clerk)

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

[X] GRANTED.

   [X] The clerk is directed to file the complaint.

   [X] IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

[ ] DENIED, for the following reasons:

_____

_____

ENTER this 12th day of June, 2008.

_____
Signature of Judicial Officer

JUDGE
Name and Title of Judicial Officer

**RECEIVED**

JUN 11 2008

Clerk
District Court
The Northern Mariana Islands