Stephen C. Woodruff
Attorney and Counselor at Law
2nd Flr., Hill Law Ofc. Bldg., Susupe
Tokcha Avenue at Lulai Way
P. O. Box 500770
Saipan, MP 96950
Tel.: (670) 235-3872
Fax: (670) 235-3873

Attorney for Plaintiffs

FILED
Clerk
District Court

JUN 12 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

ESTERLITA D. ELIARES, YOLLY M. ) Civil Action No. CV 08-0027
LABORCE, MA. NIEVA V. )
LORENZO, MARIETA P. MORA, )
GRACE R. NAVARRETE, OLIVIA S. ) COMPLAINT
ODON, JESSICA E. ORTIZO, and )
GERTRUDEZ U. RINON, )
 )
Plaintiffs, )
 )
-v- )
 )
L&T INTERNATIONAL )
CORPORATION, )
 )
Defendant. )

I
NATURE OF THE ACTION

1. This is an action against Defendant under Title VII of Civil Rights Act of 1964 (Title VII), 42 U.S.C. §§ 2000e., *et seq.*, as amended for its unlawful,

discriminatory, and retaliatory employment practices towards Plaintiffs in violation of Plaintiffs' federally-protected rights.

2. Plaintiffs complain about employment discrimination based on national origin, retaliatory discharge, and other impermissible grounds described in this Complaint, including, but not limited to: (a) discriminatory policies, practices, and/or procedures in hiring, firing, and layoffs; and (b) retaliatory discharge of Plaintiffs for filing an EEOC charge against Defendant or otherwise testifying, assisting, or participating in any manner in the investigation or proceeding involving or related to the said EEOC charge. Plaintiffs are seeking lost earnings, lost employment benefits, punitive, exemplary, compensatory, incidental, consequential damages, costs, and attorney's fees to redress Defendant's unlawful and discriminatory employment policies, practices, and/or procedures.

## II
## JURISDICTION AND VENUE

3. Title VII applies to this matter through the Covenant to Establish a Commonwealth of the Northern Mariana Islands in Political Union with the United States of America, Article V, § 502(a)(2).

4. This Court has jurisdiction over Plaintiffs' Title VII claims pursuant to 42 U.S.C. § 2000e-5(e)(3), 28 U.S.C. § 1331(a) (federal question jurisdiction), and 28 U.S.C. § 1337(a) (proceedings arising under any Act of Congress regulating commerce).

5. This action is authorized and instituted pursuant to 42 U.S.C. §§ 2000e-(f)(1) and (3) of Title VII..

6. Venue in this Court is proper pursuant to 28 U.S.C. § 1391 and 42 U.S.C. § 2000e-5.(f)(3) because Defendant's unlawful and discriminatory

employment practices alleged herein were committed in Saipan, Commonwealth of the Northern Mariana Islands.

## III
## PROCEDURAL REQUIREMENTS

7. On different dates in March and April 2006, Plaintiffs filed charges of discrimination with the Equal Employment Opportunity Commission ("EEOC") in Saipan, Commonwealth of the Northern Mariana Islands. The charges were filed within one hundred eighty (180) days after the occurrence of one or more of the unlawful and discriminatory employment practices alleged herein pursuant to 42 U.S.C. § 2000e.5(e)(1).

8. On or about March 3, 2008, the EEOC issued to each Plaintiff a Notice of Right to Sue (Conciliation Failure). Plaintiffs are filing this complaint within ninety (90) days after the date they received the Notices of Right to Sue in compliance with 42 U.S.C. § 2000e-5(f)(1) and 29 U.S.C. § 626(e). Attached hereto as **Exhibits "1"** to **"8"** and incorporated by reference are copies of the Notices of Right to Sue.

9. All jurisdictional prerequisites to the institution of this lawsuit have been fulfilled, and Plaintiffs have exhausted their administrative remedies as required by law.

## IV
## PARTIES

10. Plaintiffs, at all relevant times, were residing in Saipan, Commonwealth of the Northern Mariana Islands (CNMI), and were employees of Defendant, within the meaning of 42 U.S.C. § 2000e.(f).

11. Defendant **L&T INTERNATIONAL CORPORATION**, is, and at all relevant times was, a corporation organized and existing under the laws of the CNMI having its principal place of business in Saipan, CNMI.

12. Defendant is, and at all relevant times was, engaged in an industry affecting commerce as defined under 42 U.S.C. § 2000e(g)(h) with more than 20 employees and was an employer of Plaintiffs within the meaning of 42 U.S.C. § 2000e(b).

## V
## STATEMENT OF FACTS

13. Plaintiffs are all foreign national workers from the Republic of the Philippines.

14. Plaintiffs were employed in various capacities and performed work at Defendant's garment factory beginning sometime in 2004 pursuant to renewable written employment contracts approved by the CNMI Department of Labor (DOL).

15. Defendant, at all relevant times, also employed other, Chinese workers under similar renewable written employment contracts.

16. Sometime in May, 2005, Defendant terminated the employment contracts of Plaintiffs due to a purported reduction in force.

17. At that time, Defendant continued to hire other, Chinese workers and continuously renewed Chinese workers who were already employed.

18. On different dates in June, 2005 and July, 2005, Plaintiffs Eliares, Lorenzo, Mora, Navarrete, Odon, and Rinon filed complaints for discrimination based on national origin, among others, with the Equal Employment Opportunity Commission (EEOC).

19. The above-named Plaintiffs, including Plaintiffs Laborce and Ortizo and other workers, also filed related labor complaints at the CNMI Department of Labor (DOL). DOL then instituted Compliance Agency Case No. 05-100-05 entitled <u>Director of Labor vs. L&T International Corporation</u> and Compliance Agency Case No. 05-101-06 entitled <u>Director of Labor vs. Concorde Garment Manufacturing Corporation</u>.

20. On or about November 21, 2005, a Stipulated Settlement Agreement was entered by the parties in C.A.C. Nos. 05-100-05 and 05-101-06. The settlement agreement provided for the reinstatement of Plaintiffs and the other complaining workers.

21. Upon their reinstatement to work, Plaintiffs resumed performing their duties competently and in an excellent manner.

22. Sometime in January 2006, Defendant informed each Plaintiff that their employment contracts will not be renewed on their expiration dates.

23. Plaintiffs were surprised because Defendant had not previously informed them about any performance issue that could have justified the non-renewal of their employment contracts.

24. Plaintiffs are also informed and believe, and thereupon allege, that after they were terminated, Defendant hired additional Chinese workers and continued to renew other Chinese workers.

25. Plaintiffs believe that they were terminated by Defendant because of national origin.

26. Plaintiffs also believe that they were terminated because they made a charge, or otherwise testified, assisted, or participated in the first EEOC complaint filed by Plaintiffs in June and July, 2005.

27. With respect to Plaintiffs Eliares, Lorenzo, Mora, Navarrete, Odon, and Rinon, the EEOC determined that "[L&T] discharged [Plaintiffs] and a class of employees in retaliation for engaging in protected activity and that the evidence is sufficient to establish a violation of Title VII of the Civil Rights Act of 1964, as amended." Attached hereto as **Exhibits "9"** to **"14"** and incorporated by reference are copies of the Determination dated September 26, 2007.

28. With respect to Plaintiffs Laborce and Ortizo, the EEOC had determined that they "and a class of employees were discharged because of their association with employees who engaged in protected activity and that the evidence is sufficient to establish a violation of Title VII of the Civil Rights Act of 1964, as amended." Attached hereto as **Exhibits "15"** to **"16"** and incorporated by reference are copies of the Determination dated September 26, 2007.

29. As a result of Defendant's pattern and practice of discrimination based on national origin and its retaliation against Plaintiffs for engaging in protected activities, Plaintiffs experienced harm, including loss of earnings, wages, and other employment benefits. Plaintiffs' discrimination at work was so severe and pervasive that it affected the terms and conditions of their status as employees.

## VI
## CAUSES OF ACTION

### First Cause of Action
National Origin Discrimination

30. Paragraphs 1 through 29 above are incorporated herein by reference as if fully pleaded in this First Cause of Action.

31. Defendant's discrimination of Plaintiffs on account of their national origin constitutes an unlawful employment practice in violation of 42 U.S.C. § 2000e-2(a)(1)(2).

32. Defendant's unlawful and discriminatory practices as alleged above deprived Plaintiffs of equal employment opportunities or otherwise adversely affected their status as employees due to their national origin.

33. As a direct and proximate result of Defendant's unlawful and discriminatory practices based on national origin, Plaintiffs have suffered and continue to suffer loss of earnings and other employment benefits which they otherwise would have earned.

34. Defendant engaged in the above-described conduct against Plaintiffs with malice and in reckless disregard of Plaintiffs' federally–protected rights thereby entitling each Plaintiff to punitive damages in an amount to be determined at trial.

### Second Cause of Action
Retaliatory Discharge

35. Paragraphs 1 through 34 above are incorporated herein by reference as if fully pleaded in this Second Cause of Action.

36. Defendant willfully violated Section 2000e-3(a) by terminating the employment of Plaintiffs Eliares, Lorenzo, Mora, Navarrete, Odon, and Rinon because they filed an EEOC complaint against Defendant and by terminating the employment of Plaintiffs Laborce and Ortizo for their association with those who filed an EEOC complaint or otherwise testifying, assisting, or participating in the said EEOC complaint.

37. The termination of Plaintiffs' employment caused them to suffer substantial damages for past and pecuniary losses, mental anguish, humiliation, loss of enjoyment of life, and other non-pecuniary losses.

38. Defendant had acted maliciously and with reckless disregard of Plaintiffs' federally protected rights by retaliating against Plaintiffs thereby entitling each of them to punitive damages in an amount to be determined at trial.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request for the following relief:

(1) An award of lost earnings and lost benefits, and punitive damages to each Plaintiff according to law and proof under the First Cause of Action;

(2) An award of lost earnings and lost benefits, punitive and other damages to each Plaintiff according to law and proof under the Second Cause of Action;

(3) An award of reasonable attorney's fees and costs; and

(4) Such other and further relief as this Court deems just and proper.

DATED this 11th day of June 2008.

_____
STEPHEN C. WOODRUFF
Attorney for Plaintiffs

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# NOTICE OF RIGHT TO SUE
## (CONCILIATION FAILURE)

To: Esterlita D. Eliares
Chalan Kanoa
Saipan, MP 96950

From: Honolulu Local Office
300 Ala Moana Blvd
Room 7-127
Honolulu, HI 96850

[ ] On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 486-2005-00080 | James S. Yao, Investigator | (808) 541-3118 |

TO THE PERSON AGGRIEVED:

This notice concludes the EEOC's processing of the above-numbered charge. The EEOC found reasonable cause to believe that violations of the statute(s) occurred with respect to some or all of the matters alleged in the charge but could not obtain a settlement with the Respondent that would provide relief for you. In addition, the EEOC has decided that it will not bring suit against the Respondent at this time based on this charge and will close its file in this case. This does not mean that the EEOC is certifying that the Respondent is in compliance with the law, or that the EEOC will not sue the Respondent later or intervene later in your lawsuit if you decide to sue on your own behalf.

- NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_____    3/3/08
Timothy A. Riera,              (Date Mailed)
Director

Enclosures(s)

cc: L&T International
c/o Colin Thompson, Esq.
Attorney at Law
PMB 917 Box 10001
Saipan, MP 96950

EXHIBIT "1"

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE
### (CONCILIATION FAILURE)

To: Yuly Lizardos
P.O. Box 504202
Saipan, MP 96950

From: Honolulu Local Office
300 Ala Moana Blvd
Room 7-127
Honolulu, HI 96850

[ ] On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 486-2006-00077 | James S. Yao, Investigator | (808) 541-3118 |

TO THE PERSON AGGRIEVED:

This notice concludes the EEOC's processing of the above-numbered charge. The EEOC found reasonable cause to believe that violations of the statute(s) occurred with respect to some or all of the matters alleged in the charge but could not obtain a settlement with the Respondent that would provide relief for you. In addition, the EEOC has decided that it will not bring suit against the Respondent at this time based on this charge and will close its file in this case. This does not mean that the EEOC is certifying that the Respondent is in compliance with the law, or that the EEOC will not sue the Respondent later or intervene later in your lawsuit if you decide to sue on your own behalf.

- NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act: This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

Equal Pay Act (EPA): EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_____    3/3/08
Timothy A. Riera,                   (Date Mailed)
Director

Enclosure(s)

cc: L&T International
c/o Colin Thompson, Esq.
Attorney at Law
PMB 917 Box 10001
Saipan, MP 96950

"EXHIBIT 2"

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE
### (CONCILIATION FAILURE)

To: Marleta P. Mora  
PMB 1374 Box 10005  
Saipan, MP 96950

From: Honolulu Local Office  
300 Ala Moana Blvd  
Room 7-127  
Honolulu, HI 96850

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 486-2006-00093 | James S. Yao, Investigator | (808) 541-3118 |

**TO THE PERSON AGGRIEVED:**

This notice concludes the EEOC's processing of the above-numbered charge. The EEOC found reasonable cause to believe that violations of the statute(s) occurred with respect to some or all of the matters alleged in the charge but could not obtain a settlement with the Respondent that would provide relief for you. In addition, the EEOC has decided that it will not bring suit against the Respondent at this time based on this charge and will close its file in this case. This does not mean that the EEOC is certifying that the Respondent is in compliance with the law, or that the EEOC will not sue the Respondent later or intervene later in your lawsuit if you decide to sue on your own behalf.

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act: This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the Respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

Equal Pay Act (EPA): EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.

If you file suit based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_____  
Timothy A. Riera,  
Director

3/6/08  
(Date Mailed)

cc: L&T International  
c/o Colin Thompson, Esq.  
Attorney at Law  
PMB 917 Box 10001  
Saipan, MP 96950

EXHIBIT 3

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE
### (CONCILIATION FAILURE)

To: Genoveva Lorenzo  
P.O. Box 504721  
Saipan, MP 96950

From: Honolulu Local Office  
300 Ala Moana Blvd  
Room 7-127  
Honolulu, HI 96850

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 486-2006-00082 | James S. Yao, Investigator | (808) 541-3118 |

TO THE PERSON AGGRIEVED:

This notice concludes the EEOC's processing of the above-numbered charge. The EEOC found reasonable cause to believe that violations of the statute(s) occurred with respect to some or all of the matters alleged in the charge but could not obtain a settlement with the Respondent that would provide relief for you. In addition, the EEOC has decided that it will not bring suit against the Respondent at this time based on this charge and will close its file in this case. This does not mean that the EEOC is certifying that the Respondent is in compliance with the law, or that the EEOC will not sue the Respondent later or intervene later in your lawsuit if you decide to sue on your own behalf.

- NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act: This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

Equal Pay Act (EPA): EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

If you file suit based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Timothy A. Riera, Director          3/3/08 (Date Mailed)

cc: J&T International  
c/o Colin Thompson, Esq.  
Attorney at Law  
PMB 917 Box 10001  
Saipan, MP 96950

Exhibit "A"

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE
### (CONCILIATION FAILURE)

To: Grace R. Navarrete
PMB 1522, P.O. Box 10005
Saipan, MP 96950

From: Honolulu Local Office
300 Ala Moana Blvd.
Room 7-127
Honolulu, HI 96850

[ ] On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 486-2006-00094 | James S. Yao, Investigator | (808) 541-3119 |

**TO THE PERSON AGGRIEVED:**

This notice concludes the EEOC's processing of the above-numbered charge. The EEOC found reasonable cause to believe that violations of the statute(s) occurred with respect to some or all of the matters alleged in the charge but could not obtain a settlement with the Respondent that would provide relief for you. In addition, the EEOC has decided that it will not bring suit against the Respondent at this time based on this charge and will close its file in this case. This does not mean that the EEOC is certifying that the Respondent is in compliance with the law, or that the EEOC will not sue the Respondent later or intervene later in your lawsuit if you decide to sue on your own behalf.

**- NOTICE OF SUIT RIGHTS -**
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_____     3/31/06
Timothy A. Riera,                    (Date Mailed)
Director

Enclosure(s)

cc: LST International
c/o Colin Thompson, Esq.
Attorney at Law
PMB 917 Box 10001
Saipan, MP 96950

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE
### (CONCILIATION FAILURE)

To: Olivia Coon
P.O. Box 504520 CK
Saipan, MP 96950

From: Honolulu Local Office
[address illegible]

[ ] On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

EEOC Charge No.: 486-2006-00078

EEOC Representative: James S. Yao, Investigator

**TO THE PERSON AGGRIEVED:**

This notice concludes the EEOC's processing of the above-numbered charge. The EEOC has found reasonable cause to believe that violations of the statute(s) occurred with respect to some or all of the matters alleged, but could not obtain a settlement with the Respondent that would provide relief for you. In addition, the EEOC has decided that it will not bring suit against the Respondent at this time based on this charge and will close its file in this case. This does not mean that the EEOC is certifying that the Respondent is in compliance with the law, or that the EEOC will not sue the Respondent later or intervene later in your lawsuit if you decide to sue on your own behalf.

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act: This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

Equal Pay Act (EPA): EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

If you file suit based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

_____
Timothy A. Riera,
Director

Enclosure(s)

cc: L&T International
c/o Colin Thompson, Esq.
Attorney at Law
PMB 917 Box 10001
Saipan, MP 96950

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Notice of Right to Sue**
(Conciliation Failure)

To: Jessica Orioc
P.O. Box 501751
Saipan, MP 96950

From: [EEOC Local Office]
[address]
[address] 96850

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

EEOC Charge No.: 486-2008-00078
EEOC Representative: James S. Yao, Investigator

**TO THE PERSON AGGRIEVED:**

This notice concludes the EEOC's processing of the above-numbered charge. The EEOC found reasonable cause to believe that violations of the statute(s) occurred with respect to some or all of the matters alleged in the charge but could not obtain a settlement with the Respondent that would provide relief for you. In addition, the EEOC has decided that it will not bring suit against the Respondent at this time based on this charge and will close its file in this case. This does not mean that the EEOC is certifying that the Respondent is in compliance with the law, or that the EEOC will not sue the Respondent later or intervene later in your lawsuit if you decide to sue on your own behalf.

- NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act: This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

Equal Pay Act (EPA): EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

If you file suit based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

[signature]

Timothy A. Riera, Director

cc: L&T International
c/o Colin Thompson, Esq.
Attorney at Law
PMB 917 Box 10001
Saipan, MP 96950

U.S. Equal [Employment Opportunity Commission]

Gertrudes Rinon
[Navy Hill]
P.O. Box A06874 CK
Saipan, MP 96950

On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative |
|---|---|
| 486-2006-00167 | James S. Yau, Investigator |

TO THE PERSON AGGRIEVED:

This notice concludes the EEOC's processing of the above-numbered charge. The EEOC found that the facts alleged in the charge fail to state a claim under any of the statute(s) enforced by the EEOC... violations of the statute(s) occurred with respect to... The Respondent has made a settlement offer... the Respondent that would provide... EEOC has determined that it will not bring suit against the Respondent at this time based on this charge... EEOC is certifying that the Respondent is in compliance with the statute. No finding is made as to any other issues that might be construed as having been raised by this charge... your lawsuit if you decide to sue on your own behalf.

(See the additional information attached to this form.)

Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act: This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

Equal Pay Act (EPA): EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

If you file suit based on this charge, please send a copy of your court complaint to this office.

JST International
c/o Colin Thompson, Esq.
Attorney at Law
PMB 917 Box 10001
Saipan, MP 96950