# United States District Court

## District of the Northern Mariana Islands

Esterlita D. Eliares, Yolly M. Laborce,
Ma. Nieva V. Lorenzo, Marieta P. Mora
Grace R. Navarrete, Olivia S. Odon,
Jessica E. Ortizo, and Gertrudes U. Rinon

V.

L & T International Corp.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV 08 0027

FILED
Clerk
District Court

JUN 12 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

TO: (Name and address of Defendant)

L & T International Corp.
P.O. Box 501280, Lower Base,
Saipan, MP 96950

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Atty. Stephen C. Woodruff
2/F Hill Law Office Bldg., Susupe
P.O. Box 500770
Saipan, MP 96950
Tel. 235-3872
Fax: 235-3873

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Galo L. Perez
CLERK

(By) DEPUTY CLERK

DATE   JUN 1 2 2008

⊕AO 440   (Rev. 08/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 6/12/08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Riley Rengaul | District Security Officer |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☒ Returned unexecuted: Failed to provide USM 285 c̄ contact information for service to include a map.

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | N/A | N/A |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  N/A
            Date

Signature of Server:  [signature]  DSO 9841

Address of Server: US Marshal D/NMI
P.O. Box 500570 Saipan MP 96950

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF Estrelita D. Eliares, Yolly M. Laborce, Ma. Nieva V. Lorenzo, Marietu P. Mora, Grace R. Navarrete, Olivia S. Odon, Jessica E. Ortizo; Gertrudes Rinon | COURT CASE NUMBER CV-08-0027 |
| DEFENDANT L & T International Corp. | TYPE OF PROCESS Civil - Summons |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: L & T International Corp.

**AT** ADDRESS: P.O. Box 501240, Lower Base, Saipan, MP 96950

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Atty. Stephen C. Woodruff
2/F Hill Law Office Bldg. Susupe
P.O. Box 500770 Saipan MP 96950
Tel: 235-3872
Fax: 235-3873

| | |
|---|---|
| Number of process to be served with this Form - 285 | 01 |
| Number of parties to be served in this case | 01 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

FILED
Clerk
District Court
JUN 12 2008
For The Northern Mariana Islands
By_____ (Deputy Clerk)

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT  TELEPHONE NUMBER  DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 001 | District of Origin No. 005 | District to Serve No. 005 | Signature of Authorized USMS Deputy or Clerk  (DUSM # 3086) | Date 6/12/08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

Address (complete only if different than shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service | Time | am/pm

Signature of U.S. Marshal or Deputy: DSN 8841

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| N/A | N/A | N/A | 0 | 0 | 0 | 0.00 |

REMARKS: Failed to provide USM285; contact information for service to include map.

PRIOR EDITIONS MAY BE USED — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)